UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER SEAN LAGERVALL,<br><br>        Plaintiff,<br><br>v.<br><br>GREG GARRINGER, et al.,<br><br>        Defendants. | No. CV-09-5013-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(**Ct. Rec. 28**) |

    BEFORE THE COURT is the Report and Recommendation to grant defendants' motion for summary judgment (Ct. Rec. 28). Defendant's moved for summary judgment on February 19, 2010 (Ct. Rec. 22). On the same date, plaintiff was sent a Notice to Pro Se Litigants of the Dismissal and/or Summary Judgment Rule Requirements (Ct. Rec. 26). Plaintiff has not filed a response to defendants' summary judgment motion. Plaintiff is pro se and defendants are represented by Assistant Attorney General Sara J. Olson. The magistrate judge's report and recommendation, filed on April 9, 2010 (Ct. Rec. 28), recommends defendants' summary motion be granted as to all defendants claims. The deadline has passed and no objections have been filed.

    Having reviewed the Report and Recommendation and the files and records herein, and finding plaintiff has failed to answer or

ORDER ADOPTING REPORT
AND RECOMMENDATION
- 1

object, the Court adopts the magistrate judge's report and recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that the recommendation (Ct. Rec. 28) to grant defendants' **motion for summary judgment** is **ADOPTED in its entirety**. Defendants' motion for summary judgment (Ct. Rec. 22) is **GRANTED**.

Plaintiff's claims are dismissed.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to the parties and the magistrate judge.

**DATED** this 26th day of April, 2010.

                                   s/Lonny R. Suko

                                   LONNY R. SUKO
                          Chief United States District Judge

ORDER ADOPTING REPORT
AND RECOMMENDATION
 - 2